UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WANDA EASTRIDGE as Personal Representative of the Estate of William H. Eastridge, deceased,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, Et al.,<br><br>Defendants. | No. 3:08-CV-78<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the renewed motion for summary judgment by defendant Norfolk Southern Railway Company. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Wanda Eastridge take nothing, that this action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Norfolk Southern Railway Company, recover of the plaintiff Wanda Eastridge its costs of action.

The final pretrial conference scheduled for January 11, 2010 and the trial scheduled for January 20, 2010 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of November, 2009.

_____s/ Patricia L. McNutt_____
Clerk of Court